UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUNG NGUYEN,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN, CALIFORNIA CITY<br>DETENTION FACILITY,<br><br>        Respondent. | No.  1:26-cv-04390-DAD-CSK<br><br><br>ORDER TO SHOW CAUSE WHY THE<br>PETITION SHOULD NOT BE GRANTED |

On June 8, 2026, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE").  (Doc. No. 1.)  In his petition, petitioner alleges that he has been a lawful permanent resident since 1990.  (*Id.* at 5.)  In light of this allegation, the court finds it prudent to set an expedited briefing schedule on the merits of this petition.  Accordingly, respondent is ORDERED TO SHOW CAUSE in writing by no later than Thursday June 18, 2026 at 5 p.m., or earlier if possible, regarding why the petition should not be granted.  In that response, respondents shall substantively address whether any provision of law or fact in this case would distinguish it from this court's decisions in *Ayala Cajina v. Wofford*, No. 1:25-cv-01566-DAD-AC (HC), 2025 WL 3251083 (E.D. Cal. Nov. 21, 2025); *Perez v. Albarran*, No. 1:25-cv-01540-DAD-CSK (HC), 2025 WL 3187578 (E.D. Cal. Nov. 14, 2025); *Chavarria v. Chestnut*, No. 1:25-cv-01755-DAD-

1

AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025); *Yang v. Kaiser*, No. 2:25-cv-02205-DAD-AC (HC), 2025 WL 2791778 (E.D. Cal. Aug. 20, 2025); *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026); *Cardenas v. Chestnut, et al.*, No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026); *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026), and other similar cases previously decided by this court, or otherwise indicate that the matter is not substantively distinguishable.

IT IS SO ORDERED.

Dated:   **June 11, 2026**                                 _____
                                                            DALE A. DROZD
                                                            UNITED STATES DISTRICT JUDGE

2